IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLIVE B. HILGERT, | |
|---|---|
| Plaintiff, | 8:17CV115 |
| vs. | |
| CHRISTINE VANDERFORD, et al; | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the court on Plaintiff's "Motion to Amend or Alter Judgment" pursuant to Federal Rule of Civil Procedure 59(e). (Filing No. 13.)

A motion to alter or amend a judgment under Rule 59(e) of the Federal Rules of Civil Procedure serves "the limited function of correcting manifest errors of law or fact or to present newly discovered evidence." *Holder v. United States*, 721 F.3d 979, 986 (8th Cir. 2013) (internal quotation marks omitted). A Rule 59(e) motion "cannot be used to introduce new evidence, tender new legal theories, or raise arguments which could have been offered or raised prior to entry of judgment." *Id*. Plaintiff has not demonstrated that any manifest errors of law or fact exist and he has not presented newly discovered evidence.

IT IS THEREFORE ORDERED that: Plaintiff's "Motion to Amend or Alter Judgment" (Filing No. 13) is denied.

Dated this 5th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge